# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEREMY KENNEDY                                                                          PETITIONER
ADC #093061

v.                                      5:18CV00323-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 11th day of June, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE